CLOSED

# U.S. District Court
# Northern District of Texas (Fort Worth)
# CRIMINAL DOCKET FOR CASE #: <u>4:24−mj−00851−BJ</u>−1

| | |
|---|---|
| Case title: USA v. Sarieff | Date Filed: 10/30/2024 |
| Other court case number: 24−689 Northern District of Alabama/Birmingham | Date Terminated: 11/04/2024 |

Assigned to: Magistrate Judge Jeffrey L. Cureton

**Defendant (1)**

**Wisam A Sarieff**　　　　　represented by　**Eduardo Carranza−FPD**
*TERMINATED: 11/04/2024*　　　　　　　　　　Federal Public Defender
　　　　　　　　　　　　　　　　　　　　　　　Fort Worth
　　　　　　　　　　　　　　　　　　　　　　　817 Taylor St.
　　　　　　　　　　　　　　　　　　　　　　　Fort Worth, TX 76102
　　　　　　　　　　　　　　　　　　　　　　　214−755−6609
　　　　　　　　　　　　　　　　　　　　　　　Email: eduardo_carranza@fd.org
　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　*Designation: Federal Public Defender Appointment*
　　　　　　　　　　　　　　　　　　　　　　　*Bar Status: Admitted/In Good Standing*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:2251 (a) &(e) Conspiracy to produce child pornography | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Allyson Monte–DOJ** <br> US Attorney's Office <br> 801 Cherry Street <br> Suite 1700 <br> Fort Worth, TX 76102 <br> 817–252–5249 <br> Email: allyson.monte@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: US Attorney's Office* <br> *Bar Status: Not Admitted* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2024 | | Arrest (Rule 5) of Wisam A Sarieff. Case Number 24–689 Complaint and warrant from Northern District of Alabama/Birmingham. (mcrd) (Entered: 10/30/2024) |
| 10/30/2024 | 1 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Hal R. Ray, Jr: Initial Appearance Rule 5(c) hearing as to Wisam A Sarieff held on 10/30/2024. Date of Arrest: 10/30/2024 on warrant from the Northern District of Alabama, Birmingham; Deft executed financial affidavit; o/appointing FPD entered; Rule 5(f) admonishment given; Deft executed waiver of rule 5(c) hearing as to identity; preliminary & detention hearing set in NDTX 11/4/24 at 10a.m. before Judge Cureton; o/temp detention entered; deft remanded to custody. Attorney Appearances: AUSA – Allyson Monte; Defense – Eduardo Carranza. (No exhibits) Time in Court – :06. (Court Reporter: Digital File) (Interpreter n/a.) (USPO Munoz.) (mcrd) (Entered: 10/30/2024) |
| 10/30/2024 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Wisam A Sarieff. (Ordered by Magistrate Judge Hal R. Ray, Jr. on 10/30/2024) (mcrd) Modified on 10/30/2024 (mcrd). (Entered: 10/30/2024) |
| 10/30/2024 | 3 | ELECTRONIC ORDER As to Wisam A Sarieff: <br><br> This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present. <br><br> By this order –– issued to the prosecution and defense counsel –– the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Hal R. Ray, Jr on 10/30/2024) (mcrd) (Entered: 10/30/2024) |
| 10/30/2024 | 4 | WAIVER of Rule 5(c) Hearings by Wisam A Sarieff (mcrd) (Entered: 10/30/2024) |
| 10/30/2024 | 5 | MOTION for Pretrial Detention filed by USA as to Wisam A Sarieff (mcrd) (Entered: 10/30/2024) |

| | | |
|---|---|---|
| 10/30/2024 | 6 | ELECTRONIC ORDER OF TEMPORARY DETENTION as to Wisam A Sarieff. Detention & Preliminary Hearing set for 11/4/2024 10:00 AM before Magistrate Judge Jeffrey L. Cureton. (Ordered by Magistrate Judge Hal R. Ray, Jr on 10/30/2024) (mcrd) (Entered: 10/30/2024) |
| 11/04/2024 | 7 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Detention Hearing RE: Rule 5(c) Northern District of Alabama as to Wisam A Sarieff held on 11/4/2024: Gov't witness Lindsay Hogan sworn & testified; Defense proffered testimony as to detention; Court finds PC; o/detention pending trial entered; o/commitment to prosecuting district entered; deft remanded to custody and removed to prosecuting district for further court proceedings. Attorney Appearances: AUSA – Allyson Monte; Defense – Eduardo Carranza. (No exhibits) Time in Court – :30. (Court Reporter: Digital File) (USPO Munoz.) (mcrd) (Entered: 11/05/2024) |
| 11/04/2024 | 8 | ORDER OF DETENTION PENDING TRIAL granting 5 Motion for Detention as to Wisam A Sarieff (1) (Ordered by Magistrate Judge Jeffrey L. Cureton on 11/4/2024) (mcrd) (Entered: 11/05/2024) |
| 11/04/2024 | 9 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Wisam A Sarieff. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to Northern District of Alabama/Birmingham. (Ordered by Magistrate Judge Jeffrey L. Cureton on 11/4/2024) (mcrd) (Entered: 11/05/2024) |

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Allyson Monte-DOJ (allyson.monte@usdoj.gov,
anthony.mccullough@usdoj.gov, betsy.hernandez-soto@usdoj.gov, janise.withers@usdoj.gov,
kim.turner@usdoj.gov, michelle.thom@usdoj.gov, nataly.nunezvasquez@usdoj.gov,
paula.a.smith@usdoj.gov, sierra.thomas@usdoj.gov, victoria.anderson@usdoj.gov), Magistrate
Judge Jeffrey L. Cureton (judge_cureton_ecfdocs@txnd.uscourts.gov,
kaylee_maxon@txnd.uscourts.gov, kristi_verna@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov), U.S.
Marshals Office (usms-txn-courtdocket@usdoj.gov)
--No Notice Sent:

Message-Id:15896886@txnd.uscourts.gov
Subject:Activity in Case 4:24-mj-00851-BJ USA v. Sarieff Arrest - Rule 5/32.1/40
Content-Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

**U.S. District Court**

**Northern District of Texas**

**Notice of Electronic Filing**

The following transaction was entered on 10/30/2024 at 5:12 PM CDT and filed on 10/30/2024

| | |
|---|---|
| **Case Name:** | USA v. Sarieff |
| **Case Number:** | 4:24-mj-00851-BJ |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 5) of Wisam A Sarieff. Case Number 24-689 Complaint and warrant from Northern District of Alabama/Birmingham. (mcrd)**

**4:24-mj-00851-BJ-1 Notice has been electronically mailed to:**

Allyson Monte-DOJ   allyson.monte@usdoj.gov, Anthony.McCullough@usdoj.gov, Betsy.Hernandez-Soto@usdoj.gov, Janise.Withers@usdoj.gov, Michelle.Thom@usdoj.gov, Nataly.NunezVasquez@usdoj.gov, Paula.A.Smith@usdoj.gov, Victoria.Anderson@usdoj.gov, kim.turner@usdoj.gov, sierra.thomas@usdoj.gov

**4:24-mj-00851-BJ-1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will serve notice of court Orders and Judgments by mail as required by the federal rules. An attorney/pro se litigant is cautioned to carefully follow the federal rules (see FedRCivP 5) with regard to service of any document the attorney/pro se litigant has filed with the court. The clerk's office will not serve paper documents on behalf of an attorney/pro se litigant.**

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Allyson Monte-DOJ (allyson.monte@usdoj.gov,
anthony.mccullough@usdoj.gov, betsy.hernandez-soto@usdoj.gov, janise.withers@usdoj.gov,
kim.turner@usdoj.gov, michelle.thom@usdoj.gov, nataly.nunezvasquez@usdoj.gov,
paula.a.smith@usdoj.gov, sierra.thomas@usdoj.gov, victoria.anderson@usdoj.gov), Eduardo
Carranza-FPD (alejandro_morales@fd.org, belinda_partida@fd.org, christie_mills@fd.org,
eduardo_carranza@fd.org, neomi_lozada@fd.org, sara_nunez@fd.org), Magistrate Judge Jeffrey
L. Cureton (judge_cureton_ecfdocs@txnd.uscourts.gov, kaylee_maxon@txnd.uscourts.gov,
kristi_verna@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov)
--No Notice Sent:

Message-Id:15896918@txnd.uscourts.gov
Subject:Activity in Case 4:24-mj-00851-BJ USA v. Sarieff Initial Appearance
```
Content−Type: text/html

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

## U.S. District Court

## Northern District of Texas

### Notice of Electronic Filing

The following transaction was entered on 10/30/2024 at 5:18 PM CDT and filed on 10/30/2024

| | |
|---|---|
| **Case Name:** | USA v. Sarieff |
| **Case Number:** | 4:24−mj−00851−BJ |
| **Filer:** | |
| **Document Number:** | 1(No document attached) |

**Docket Text:**
**ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Hal R. Ray, Jr: Initial Appearance Rule 5(c) hearing as to Wisam A Sarieff held on 10/30/2024. Date of Arrest: 10/30/2024 on warrant from the Northern District of Alabama, Birmingham; Deft executed financial affidavit; o/appointing FPD entered; Rule 5(f) admonishment given; Deft executed waiver of rule 5(c) hearing as to identity; preliminary & detention hearing set in NDTX 11/4/24 at 10a.m. before Judge Cureton; o/temp detention entered; deft remanded to custody. Attorney Appearances: AUSA – Allyson Monte; Defense – Eduardo Carranza. (No exhibits) Time in Court – :06. (Court Reporter: Digital File) (Interpreter n/a.) (USPO Munoz.) (mcrd)**


**4:24−mj−00851−BJ−1 Notice has been electronically mailed to:**

Eduardo Carranza−FPD    eduardo_carranza@fd.org, Alejandro_Morales@fd.org, Belinda_Partida@fd.org, Christie_Mills@fd.org, Neomi_Lozada@fd.org, Sara_Nunez@fd.org

Allyson Monte−DOJ     allyson.monte@usdoj.gov, Anthony.McCullough@usdoj.gov, Betsy.Hernandez−Soto@usdoj.gov, Janise.Withers@usdoj.gov, Michelle.Thom@usdoj.gov, Nataly.NunezVasquez@usdoj.gov, Paula.A.Smith@usdoj.gov, Victoria.Anderson@usdoj.gov, kim.turner@usdoj.gov, sierra.thomas@usdoj.gov

**4:24−mj−00851−BJ−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will serve notice of court Orders and Judgments by mail as required by the federal rules. An attorney/pro se litigant is cautioned to carefully follow the federal rules (see FedRCivP 5) with regard to service of any document the attorney/pro se litigant has filed with the court. The clerk's office will not serve paper documents on behalf of an attorney/pro se litigant.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | §   NO. 4:24-MJ-851 |
| | § |
| WISAM A. SHARIEFF | § |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named defendant has testified under oath, or has otherwise satisfied this court that such defendant (1) is financially unable to employ counsel, (2) wants to be represented by counsel, and (3) has not waived representation by counsel; accordingly,

It is ordered that the Federal Public Defender's Office for this District be and hereby is appointed pursuant to Section 3006A of Title 18, United States Code to represent the defendant named above.

It is further ordered that the Federal Public Defender's Office be given immediate access to the above-named Defendant.

Signed: October 30, 2024

_____
HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Eduardo Carranza-FPD (alejandro_morales@fd.org,
belinda_partida@fd.org, christie_mills@fd.org, eduardo_carranza@fd.org,
neomi_lozada@fd.org, sara_nunez@fd.org), Allyson Monte-DOJ (allyson.monte@usdoj.gov,
anthony.mccullough@usdoj.gov, betsy.hernandez-soto@usdoj.gov, janise.withers@usdoj.gov,
kim.turner@usdoj.gov, michelle.thom@usdoj.gov, nataly.nunezvasquez@usdoj.gov,
paula.a.smith@usdoj.gov, sierra.thomas@usdoj.gov, victoria.anderson@usdoj.gov), Magistrate
Judge Jeffrey L. Cureton (judge_cureton_ecfdocs@txnd.uscourts.gov,
kaylee_maxon@txnd.uscourts.gov, kristi_verna@txnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:15896926@txnd.uscourts.gov
Subject:Activity in Case 4:24-mj-00851-BJ USA v. Sarieff Rule 5(f)(1) Order
Content-Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

**U.S. District Court**

**Northern District of Texas**

**Notice of Electronic Filing**

The following transaction was entered on 10/30/2024 at 5:20 PM CDT and filed on 10/30/2024

**Case Name:** USA v. Sarieff
**Case Number:** 4:24−mj−00851−BJ
**Filer:**
**Document Number:** 3(No document attached)

**Docket Text:**
**ELECTRONIC ORDER As to Wisam A Sarieff:**

**This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present.**

**By this order –– issued to the prosecution and defense counsel –– the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Hal R. Ray, Jr on 10/30/2024) (mcrd)**

**4:24−mj−00851−BJ−1 Notice has been electronically mailed to:**

Eduardo Carranza−FPD    eduardo_carranza@fd.org, Alejandro_Morales@fd.org, Belinda_Partida@fd.org, Christie_Mills@fd.org, Neomi_Lozada@fd.org, Sara_Nunez@fd.org

Allyson Monte−DOJ    allyson.monte@usdoj.gov, Anthony.McCullough@usdoj.gov, Betsy.Hernandez−Soto@usdoj.gov, Janise.Withers@usdoj.gov, Michelle.Thom@usdoj.gov, Nataly.NunezVasquez@usdoj.gov, Paula.A.Smith@usdoj.gov, Victoria.Anderson@usdoj.gov, kim.turner@usdoj.gov, sierra.thomas@usdoj.gov

**4:24−mj−00851−BJ−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will serve notice of court Orders and Judgments by mail as required by the federal rules. An attorney/pro se litigant is cautioned to carefully follow the federal rules (see FedRCivP 5) with regard to service of any document the attorney/pro se litigant has filed with the court. The clerk's office will not serve paper documents on behalf of an attorney/pro se litigant.**

# United States District Court
## NORTHERN DISTRICT OF TEXAS AT FORT WORTH

| | |
|---|---|
| UNITED STATES OF AMERICA | §   WAIVER OF RULE 5(c) HEARINGS |
| | §   (Excluding Probation Cases) |
| V. | § |
| | § |
| WISAM A. SHARIEFF | §   CASE NUMBER: 4:24-MJ-851 |

    I, Wisam A. Sharieff, understand that in the Northern District of Alabama/Birmingham, charges are pending, and I have been arrested in this District and taken before a United States Magistrate Judge who informed me of, the charge and of my right to:

    (1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution.

    I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X)  identity hearing

( )  preliminary examination

    I HEREBY REQUEST THAT MY PRELIMINARY AND DETENTION HEARING BE

( )  held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

(X)  held in this district.

_____
Defendant

_____
Defense Counsel

October 30, 2024

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:24-MJ-851-BJ |
| WISAM A. SHARIEFF (01) | |

### GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

The United States moves for pretrial detention of the defendant pursuant to 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case:** This case is eligible for a detention order because the case involves:
☐ Crime of violence [18 U.S.C. § 3156]
☐ Maximum sentence of LIFE imprisonment or death
☐ Controlled Substance offense punishable by 10 or more years
☐ Felony with 2 prior convictions in above categories
☒ Felony involving a minor victim
☐ Felony involving the possession or use of a firearm, destructive device, or other dangerous weapon
☐ Felony involving a failure to register under 18 U.S.C. § 2250
☐ Serious risk that the Defendant will flee
☐ Serious risk that Defendant will obstruct justice

**2. Reason for Detention.** The Court should detain the Defendant because there are no conditions of release which would reasonably assure:
☒ Defendant's appearance as required    ☒ The safety of the community    ☒ The safety of another person

**3.** The United States **will** invoke the rebuttable presumption against the Defendant because: there is probable cause to believe that the Defendant has committed:
☐ A Controlled Substance Offense punishable by 10 or more years imprisonment
☐ A firearms offense under 18 U.S.C. § 924(c)
☐ A federal crime of terrorism punishable by 10 or more years imprisonment
☒ A Felony -listed in 18 U.S.C. § 3142(e) - involving a minor victim
☐ A Felony involving a failure to register under 18 U.S.C. § 2250
☐ The Defendant has previously been convicted of an offense described in 18 USC § 3142(f)(1) which was committed while the Defendant was released on bond pending trial for any offense and less than 5 years have elapsed since the latter of the defendant's conviction or date of release from imprisonment for such conviction.

**4. Time for Detention Hearing.** The United States requests the Court to conduct the detention hearing
☐ at the Defendant's first appearance        ☒ After a continuance of _3_ days.

Respectfully Submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

/s/ Allyson Monte
ALLYSON MONTE
Assistant United States Attorney
Texas State Bar No. 24081858
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas, 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
Email: Allyson.Monte@usdoj.gov

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon the Defendant or his counsel of record in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATE: October 30, 2024        /s/ Allyson Monte
                              ALLYSON MONTE
                              Assistant United States Attorney

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Allyson Monte-DOJ (allyson.monte@usdoj.gov,
anthony.mccullough@usdoj.gov, betsy.hernandez-soto@usdoj.gov, janise.withers@usdoj.gov,
kim.turner@usdoj.gov, michelle.thom@usdoj.gov, nataly.nunezvasquez@usdoj.gov,
paula.a.smith@usdoj.gov, sierra.thomas@usdoj.gov, victoria.anderson@usdoj.gov), Eduardo
Carranza-FPD (alejandro_morales@fd.org, belinda_partida@fd.org, christie_mills@fd.org,
eduardo_carranza@fd.org, neomi_lozada@fd.org, sara_nunez@fd.org), Magistrate Judge Jeffrey
L. Cureton (judge_cureton_ecfdocs@txnd.uscourts.gov, kaylee_maxon@txnd.uscourts.gov,
kristi_verna@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov), U.S.
Marshals Office (usms-txn-courtdocket@usdoj.gov)
--No Notice Sent:

Message-Id:15896948@txnd.uscourts.gov
Subject:Activity in Case 4:24-mj-00851-BJ USA v. Sarieff Order of Detention
Content-Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

**U.S. District Court**

**Northern District of Texas**

**Notice of Electronic Filing**

The following transaction was entered on 10/30/2024 at 5:29 PM CDT and filed on 10/30/2024

**Case Name:** USA v. Sarieff
**Case Number:** 4:24–mj–00851–BJ
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
**ELECTRONIC ORDER OF TEMPORARY DETENTION as to Wisam A Sarieff. Detention & Preliminary Hearing set for 11/4/2024 10:00 AM before Magistrate Judge Jeffrey L. Cureton. (Ordered by Magistrate Judge Hal R. Ray, Jr on 10/30/2024) (mcrd)**

**4:24–mj–00851–BJ–1 Notice has been electronically mailed to:**

Eduardo Carranza–FPD    eduardo_carranza@fd.org, Alejandro_Morales@fd.org, Belinda_Partida@fd.org, Christie_Mills@fd.org, Neomi_Lozada@fd.org, Sara_Nunez@fd.org

Allyson Monte–DOJ    allyson.monte@usdoj.gov, Anthony.McCullough@usdoj.gov, Betsy.Hernandez–Soto@usdoj.gov, Janise.Withers@usdoj.gov, Michelle.Thom@usdoj.gov, Nataly.NunezVasquez@usdoj.gov, Paula.A.Smith@usdoj.gov, Victoria.Anderson@usdoj.gov, kim.turner@usdoj.gov, sierra.thomas@usdoj.gov

**4:24–mj–00851–BJ–1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will serve notice of court Orders and Judgments by mail as required by the federal rules. An attorney/pro se litigant is cautioned to carefully follow the federal rules (see FedRCivP 5) with regard to service of any document the attorney/pro se litigant has filed with the court. The clerk's office will not serve paper documents on behalf of an attorney/pro se litigant.**

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Eduardo Carranza-FPD (alejandro_morales@fd.org,
belinda_partida@fd.org, christie_mills@fd.org, eduardo_carranza@fd.org,
neomi_lozada@fd.org, sara_nunez@fd.org), Allyson Monte-DOJ (allyson.monte@usdoj.gov,
anthony.mccullough@usdoj.gov, betsy.hernandez-soto@usdoj.gov, janise.withers@usdoj.gov,
kim.turner@usdoj.gov, michelle.thom@usdoj.gov, nataly.nunezvasquez@usdoj.gov,
paula.a.smith@usdoj.gov, sierra.thomas@usdoj.gov, victoria.anderson@usdoj.gov), Magistrate
Judge Jeffrey L. Cureton (judge_cureton_ecfdocs@txnd.uscourts.gov,
kaylee_maxon@txnd.uscourts.gov, kristi_verna@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov)
--No Notice Sent:

Message-Id:15905344@txnd.uscourts.gov
Subject:Activity in Case 4:24-mj-00851-BJ USA v. Sarieff Detention Hearing
```
Content−Type: text/html

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

**U.S. District Court**

**Northern District of Texas**

**Notice of Electronic Filing**

The following transaction was entered on 11/5/2024 at 8:53 AM CST and filed on 11/4/2024

| | |
|---|---|
| **Case Name:** | USA v. Sarieff |
| **Case Number:** | 4:24−mj−00851−BJ |
| **Filer:** | |
| **Document Number:** | 7(No document attached) |

**Docket Text:**
**ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Detention Hearing RE: Rule 5(c) Northern District of Alabama as to Wisam A Sarieff held on 11/4/2024: Gov't witness Lindsay Hogan sworn & testified; Defense proffered testimony as to detention; Court finds PC; o/detention pending trial entered; o/commitment to prosecuting district entered; deft remanded to custody and removed to prosecuting district for further court proceedings. Attorney Appearances: AUSA – Allyson Monte; Defense – Eduardo Carranza. (No exhibits) Time in Court – :30. (Court Reporter: Digital File) (USPO Munoz.) (mcrd)**

**4:24−mj−00851−BJ−1 Notice has been electronically mailed to:**

Eduardo Carranza−FPD   eduardo_carranza@fd.org, Alejandro_Morales@fd.org, Belinda_Partida@fd.org, Christie_Mills@fd.org, Neomi_Lozada@fd.org, Sara_Nunez@fd.org

Allyson Monte−DOJ    allyson.monte@usdoj.gov, Anthony.McCullough@usdoj.gov, Betsy.Hernandez−Soto@usdoj.gov, Janise.Withers@usdoj.gov, Michelle.Thom@usdoj.gov, Nataly.NunezVasquez@usdoj.gov, Paula.A.Smith@usdoj.gov, Victoria.Anderson@usdoj.gov, kim.turner@usdoj.gov, sierra.thomas@usdoj.gov

**4:24−mj−00851−BJ−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will serve notice of court Orders and Judgments by mail as required by the federal rules. An attorney/pro se litigant is cautioned to carefully follow the federal rules (see FedRCivP 5) with regard to service of any document the attorney/pro se litigant has filed with the court. The clerk's office will not serve paper documents on behalf of an attorney/pro se litigant.**

≈ AO 472 (Rev. 3/86) Order of Detention Pending Trial
Case 4:24-mj-00851-BJ   Document 8   Filed 11/04/24   Page 1 of 1   PageID 4
Case 4:24-mj-00851-BJ   Document 10   Filed 11/05/24   Page 16 of 17   PageID 21

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas at Fort Worth__

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **ORDER OF DETENTION PENDING TRIAL** |
| WISAM A. SHARIEFF | Case    4:24-MJ-851 |
| *Defendant* | |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I—Findings of Fact

- ☐ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a ☐ federal offense ☐ state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed    that is
  - ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).
  - ☐ an offense for which the maximum sentence is life imprisonment or death.
  - ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____.*
  - ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.
- ☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
- ☐ (3) A period of not more than five years has elapsed since the ☐ date of conviction ☐ release of the defendant from imprisonment for the offense described in finding (1).
- ☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

- ☑ (1) There is probable cause to believe that the defendant has committed an offense
  - ☐ for which a maximum term of imprisonment of ten years or more is prescribed in _____.
  - ☐ under 18 U.S.C. § 924(c).
  - ☑ under __18 USC §3142(e) - a felony involving a minor__
- ☑ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)

- ☐ (1) There is a serious risk that the defendant will not appear.
- ☐ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

## Part II—Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by ☑ clear and convincing evidence ☐ a preponderance of the evidence that

_the facts and circumstances of the instant offense, the nature and seriousness of the danger to the community (minors), his frequent international travel and lack of ties in the prosecuting district make him a risk of flight and a danger to the community unless detained_

## Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

| November 4, 2024 | _[signature]_ |
|---|---|
| Date | *Signature of Judicial Officer* |
| | JEFFREY L. CURETON, UNITED STATES MAGISTRATE JUDGE |
| | *Name and Title of Judicial Officer* |

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

AO 94 (Rev. ) Commitment to Another District
Case 4:24-mj-00851-BJ  Document 9  Filed 11/04/24  Page 1 of 1  PageID 5
Case 4:24-mj-00851-BJ  Document 10  Filed 11/05/24  Page 17 of 17  PageID 22

# UNITED STATES DISTRICT COURT

Northern   District of   Texas at Fort Worth

| UNITED STATES OF AMERICA V. WISAM A. SHARIEFF | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 24-689 | 4:24-MJ-851 | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment   ☐ Information   ■ Complaint   ☐ Other (specify)   ☐ Petition

charging a   18   U.S.C.   2251(a) and (e)

**DISTRICT OF OFFENSE**
Northern District of Alabama/Birmingham

**DESCRIPTION OF CHARGES:**

Conspiracy to produce child pornography

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | ☒ No | ☐ Yes | Language: | |

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11-4-24
Date

_____
Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |